NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERIC WILLIAMS,**

*Petitioner*

**v.**

**DEPARTMENT OF THE NAVY,**

*Respondent*

---

2023-1010

---

Petition for review of the Merit Systems Protection Board in No. DC-3330-16-0292-B-1.

---

## O R D E R

The petitioner having failed to file the required Statement Concerning Discrimination,

2                                                                WILLIAMS V. NAVY

        IT IS ORDERED that the petition for review be, and
the same hereby is, DISMISSED, for failure to prosecute in
accordance with the rules.


                                                FOR THE COURT

November 1, 2022
        Date                            /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court


**ISSUED AS A MANDATE:** November 1, 2022